No. 6077.—RODRÍGUEZ, apldo., v. RODRÍGUEZ, aplte.—C. D. San Juan. Julio 22, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, examinadas la resolución de esta Corte dictada en junio 10 de 1932 y la moción subsiguiente radicada en junio 30 de 1932, así como la documentación a ésta acompañada, y apareciendo que se ha cumplido con los requisitos de dicha resolución, se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en 30 de septiembre de 1931.

No. 6078.—LATONI, apldo., v. DE LOS SANTOS, aplte.—C. D. San Juan. Junio 24, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Examinadas la moción de desestimación de la parte apelada, la de oposición de la parte apelante y las certificaciones acompañadas a las mismas, habiéndose aprobado finalmente la exposición del caso por la corte sentenciadora el 17 de junio actual, *no ha lugar* a la desestimación solicitada.

No. 6057.—MONSERRAT, apldo., v. GALLARDO, ET ALS., apltes.—C. D. San Juan. Julio 29, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

No apareciendo que la parte apelante es culpable de la demora del taquígrafo en ultimar la transcripción de la evidencia en este caso; y no habiendo demostrado el apelado que la parte apelante haya sido de otro modo negligente, *no ha lugar* a desestimar.

No. 6107.—PORTO RICO FERTILIZER Co., aplda., v. ZALDUONDO, aplte.—C. D. San Juan. Julio 29, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

No estando plenamente convencidos de que el hecho de no poderse inscribir una escritura de hipoteca, o parte de ella, sea fundamento para considerar vencido el gravamen de conformidad con el artículo 1096 del Código Civil, por lo que surge la duda de si la demanda aduce causa de acción; no estando convencidos de que una demanda complementaria cabe, bajo esas condiciones, para suplir una supuesta falta de la demanda original; y no estando convencidos de que el secretario de la corte de distrito tuviera derecho de anotar la rebeldía por la totalidad de la suma garantizada por la hipoteca, vencido un plazo y no pagado, *no ha lugar* a la desestimación solicitada.